IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| LAWRENCE ETHRIDGE, JON McINTYRE, and ROBERT ROYCE, | ) ) ) | |
| Plaintiffs, | ) ) ) | Civil Action File |
| v. | ) ) | No. 3:22-cv-00111-TCB-CMS |
| THE CITY OF GRANTVILLE, *et al.*, | ) ) ) ) | |
| Defendants. | ) | |

## **<u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties, by and through their undersigned counsel of record, hereby stipulate and agree to the dismissal with prejudice of all claims in the above captioned action. All parties agree to pay their own costs and fees associated with this dismissal.

Respectfully submitted this 11th day of March, 2024.

*[Signatures on following page]*

| POOLE HUFFMAN, LLC | ELARBEE, THOMPSON, SAPP & WILSON, LLP |
|---|---|
| *s/Lucas W. Andrews*<br>Lucas W. Andrews<br>Georgia Bar No. 019533<br>3562 Habersham at Northlake<br>Building J, Suite 200<br>Tucker, Georgia 30084<br>Telephone: (770) 988-6574<br>Facsimile: (888) 709-5723<br>luke@poolehuffman.com<br><br>*Counsel for Plaintiffs* | *s/ Sharon P. Morgan*<br>Sharon P. Morgan<br>Georgia Bar No. 522955<br><br>*s/Tracy L. Glanton*<br>Tracy L. Glanton<br>Georgia Bar No. 415008<br><br>*s/Shannon L. Smith*<br>Shannon L. Smith<br>Georgia Bar No. 487478<br><br>800 International Tower<br>229 Peachtree Street, N.E.<br>Atlanta, Georgia  30303<br>(404) 659-6700<br>(404) 222-9718 (Facsimile)<br>morgan@elarbeethompson.com<br>glanton@elarbeethompson.com<br>smith@elarbeethompson.com<br><br>*Counsel for Defendants* |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| LAWRENCE ETHRIDGE, JON McINTYRE, and ROBERT ROYCE, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Civil Action File No. 3:22-cv-00111-TCB-CMS |
| THE CITY OF GRANTVILLE, *et al.*, | ) ) ) ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on 11 March, 2024, I electronically filed the **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record.

*s/ Tracy L. Glanton*
Tracy L. Glanton
Georgia Bar No. 415008

ELARBEE, THOMPSON, SAPP & WILSON, LLP
800 International Tower
229 Peachtree Street, N.E.
Atlanta, Georgia  30303
(404) 659-6700
(404) 222-9718 (Facsimile)
glanton@elarbeethompson.com

*Counsel for Defendants*